```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:22-00181

CHRISTOPHER STEPHEN TAYLOR

### MEMORANDUM OPINION AND ORDER

Defendant was sentenced on April 18, 2023. Pursuant to 18 U.S.C. ' 3664(a)(5), the court deferred a determination on the amount of restitution owed in this case until June 6, 2023. Counsel for defendant has informed the court that a brief continuance of this hearing would be helpful in order to allow defendant to reach a settlement with the victims in this case. For good cause shown, the court hereby **ORDERS** the restitution hearing in this matter **CONTINUED** until July 11, 2023, at 2:30 p.m., in Charleston.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court.

IT IS SO ORDERED this 6th day of June, 2023.

                              ENTER:

                              *David A. Faber* (signature)
                              David A. Faber
                              Senior United States District Judge